# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

DISH NETWORK L.L.C., a Colorado
Limited Liability Company, ECHOSTAR
TECHNOLOGIES L.L.C., a Texas Limited
Liability Company, and NAGRASTAR LLC,
a Colorado Limited Liability Company,

Civil Action No.: 3:09-cv-02046-RNC

Plaintiffs,

v.

MOHAMMAD SHAH, an individual,
ARJUMAND SHAH, an individual,
WIRELESS LINK, a Connecticut Limited
Liability Company, and DOES 1-10,

Defendants.

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

Upon a settlement agreement and stipulation by the Parties, the Court, after a hearing on

the Parties' Motion for Entry of Agreed Final Judgment and Permanent Injunction in this matter

hereby ORDERS and ADJUDGES as follows:

(1)     Defendants Mohammad Shah and Wireless Link L.L.C. (collectively,

"Defendants") and anyone acting in active concert or participation with, or at the direction or

control of Defendants are hereby PERMANENTLY ENJOINED from:

(a)     offering to the public, providing, or otherwise trafficking in any satellite

television receivers or set-top-boxes, software, firmware, or any other device,

component, or technology, or part thereof, through any means including Internet

key sharing (also known as Control Word Sharing), that:

(i)     is primarily designed or produced for the purpose of circumventing

Plaintiffs' Security System, including the encryption and access control

1

protection contained in the software on DISH Network Access Cards, or any other technological measure adopted by Plaintiffs that effectively controls access to copyrighted television programming on the DISH Network platform;

(ii)   has only a limited commercially significant purpose or use other than to circumvent Plaintiffs' Security System, including the encryption and access control protection contained in the software on DISH Network Access Cards, or any other technological measure adopted by Plaintiffs that effectively controls access to copyrighted television programming on the DISH Network platform;

(iii)   is marketed by any Defendant and/or others acting in concert with any Defendant for use in circumventing Plaintiffs' Security System, including the encryption and access control protection contained in the software on DISH Network Access Cards, or any other technological measure adopted by Plaintiffs that effectively controls access to copyrighted programming on the DISH Network platform; and

(b)   assembling, modifying, selling, importing and/or distributing any satellite television receivers, set-top-boxes, software, firmware, or other device, technology or part thereof knowing or having reason to know that such device, technology or part thereof is primarily of assistance in the unauthorized decryption of direct-to-home satellite services through any means including any Internet Key Sharing (also known as Control Word Sharing);

2

(c)     Intercepting Plaintiffs' transmissions without Plaintiffs' authorization through any means including Internet Key Sharing (also known as Control Word Sharing);

(d)     assisting others in intercepting Plaintiffs' satellite television transmissions without Plaintiffs' authorization through any means including Internet Key Sharing (also known as Control Word Sharing);

(e)     Testing, analyzing, reverse engineering, manipulating or otherwise extracting codes or other technological information or data from Plaintiffs' satellite television receivers, access cards, data stream or any other part or component of Plaintiffs' security system or other technology used to gain access to DISH Network programming including through the use of Internet Key Sharing (also known as Control Word Sharing); and

(f)     Operating any website or URL that markets, promotes, distributes or provides any information or discussion forums related to the products, devices, technology, codes, software, hardware, firmware or components thereof which Defendants are permanently enjoined from manufacturing, promoting, distributing or trafficking in pursuant to section (1)(a)-(e) above of this Final Judgment and Permanent Injunction.

(2)     This Permanent Injunction takes effect immediately.

(3)     The Court further ORDERS judgment against Defendants Mohammad Shah and Wireless Link L.L.C. and in favor of Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C. and NagraStar LLC on each of Plaintiffs' claims under 17 U.S.C. § 1201, 47 U.S.C. § 605, and 18 U.S.C. § 2511 (Counts 1-4 in Plaintiffs' Complaint).

3

(4)     The Court retains jurisdiction over this action for the purposes of enforcing this Final Judgment and Permanent Injunction and adjudicating any disputes regarding the Parties' underlying settlement agreement, including but not limited to disputes regarding the enforcement or scope of the settlement agreement.

(5)     The Parties agree that all claims against Defendant Arjumand Shah are dismissed with prejudice.

(6)     Each of the Parties is to bear its own costs and attorney's fees.

(7)     This is a final judgment.  Any and all relief not expressly granted herein is denied.

It is so ORDERED.

SIGNED and ENTERED this ____ day of _____, 2011.


                                        _____
                                        United States District Court Judge

Respectfully submitted,

DATED: January ___, 2011

By: _s/ Stephanie A. McLaughlin_____
Stephanie A. McLaughlin (ct22774)
smclaughlin@shglaw.com
**Sandak Hennessey & Greco LLP**
Resident Counsel for Plaintiffs
707 Summer Street, 3rd Floor
Stamford, CT 06901-1026
Telephone:  (203) 425-4200
Facsimile:  (203) 325-8608


Chad M. Hagan (*pro hac vice*)
chad.hagan@hnbllc.com
Christine D. Hagan (*pro hac vice*)
christine.hagan@hnbllc.com
**Hagan Noll & Boyle LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

**Attorneys for Plaintiffs**


s/ Mohammad Shah

_____
Mohammad Shah
143 Clapboard Ridge Road
Danbury, Connecticut 06811


s/ Arjumand Shah

Arjumand Shah
7 Padanaram Ave.
Danbury, Connecticut 06811

s/ Mohammad Shah

_____
Mohammad Shah
Wireless Link L.L.C.
5 Padanaram Road
Danbury, Connecticut 06811

**Defendants**

5